IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COOPER/T. SMITH STEVEDORING CO., INC., ET AL. | § § § | -- LEAD CASE -- |
| VS. | § § § | C.A. NO. 4:07-cv-2698<br>Honorable Judge Ewing Werlein, Jr. |
| MV ALBERTA, ET AL | § § | IN ADMIRALTY – Rule 9(h) |

CONSOLIDATED WITH

| | | |
|---|---|---|
| MELINDA LUERA | § § | |
| VS. | § § § | C.A. NO. 4:07-cv-3707<br>Honorable Judge Ewing Werlein, Jr. |
| MV VOC ROSE, in rem | § § | IN ADMIRALTY – Rule 9(h) |

CONSOLIDATED WITH

| | | |
|---|---|---|
| MELINDA LUERA | § § | |
| VS. | § § § | C.A. NO. 4:07-cv-2541<br>Honorable Judge Ewing Werlein, Jr. |
| SAMOS SHIPPING CO., LTD., AND REESE DEVELOPMENT, INC. | § § | |

**NOTICE OF FILING PETITION FOR PERMISSION TO
APPEAL IN THE FIFTH CIRCUIT COURT OF APPEALS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants J.P. Samartzis Maritime Enterprises Co. S.A. and Reese Development, Inc. (hereinafter jointly referred to as the "VOC ROSE Interests") to notify the Court that as provided by the Court's Memorandum and Order dated June 24, 2009, they have timely filed a Petition for Permission to Appeal in the Fifth Circuit Court of Appeals.

20938♦9NJEE8134.CMM

Respectfully submitted,

*/s/ Robert L. Klawetter*

Robert L. Klawetter
State Bar No. 11554700
Federal I.D. 2471
Christina K. Schovajsa
State Bar No. 24002910
Federal I.D. 25142
20th Floor, Niels Esperson Building
808 Travis Street
Houston, TX  77002
Telephone:  (713) 225-0905
Facsimile:   (713) 225-2907

Attorneys for Reese Development, Inc. and
J.P. Samartzis Maritime Enterprises Co. S.A.

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing pleading on **August 20, 2009**, electronically, and that a true and correct copy of the foregoing will be served on counsel of record via the Electronic Case Filing System of the United States District Court for the Southern District of Texas, Houston on Division, and/or by certified mail, return receipt requested, as enumerated below.

*/s/ Robert L. Klawetter*

Robert L. Klawetter

*ELECTRONIC MAIL*
Dennis L. Brown
Dennis L. Brown, P.C.
24 Greenway Plaza, Suite 1818
Houston, Texas 77046

*ELECTRONIC MAIL*
Kenneth G. Engerrand
Allen D. Hemphill
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas  77027-9007

*ELECTRONIC MAIL*
Derek Walker
Chaffe McCall, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, Louisiana 70163

*ELECTRONIC MAIL*
Ivan Rodriguez
Chaffe McCall, L.L.P.
815 Walker Street, Suite 953
Houston, Texas 77002